# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

JORDAN ZANTIZ                                              CIVIL ACTION

VERSUS                                                     NO.  12-2908

STATE OF LOUISIANA                                         SECTION "N"(2)

## O R D E R

 The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 21), and the Objections to the Report and Recommendation filed by Petitioner (Rec. Doc. 22), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

 **IT IS FURTHER ORDERED** that Petitioner's "Motion for Extension of Time" (Rec. Doc.23) and "Motion to Dismiss the Unexhausted Claims" (Rec. Doc. 24) are **GRANTED**.

 **IT IS FINALLY ORDERED** that this matter is referred to the United States Magistrate Judge for further action consistent with this order.

 New Orleans, Louisiana, this 26th day of July 2013.

_____
UNITED STATES DISTRICT JUDGE